UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE HURT,<br><br>                    Plaintiff,<br><br>         -against-<br><br>N.R.A., ET AL., AND ITS AFFILIATES,<br><br>                    Defendants. | 22-CV-4356 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued May 27, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the October 11, 2013, order in *Hurt v. D.C. Bd. of Parole*, ECF 1:13-CV-5365, 3 (S.D.N.Y. Oct. 11, 2013), *appeal dismissed*, No. 13-4474 (2d Cir. Apr. 3, 2014), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 27, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge